**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**


Westfield Insurance Company,                                    Civil No. 12-1487 (RHK/JJG)

             Plaintiff,                                    **DISQUALIFICATION AND**
                                                                                 **ORDER FOR REASSIGNMENT**

vs.

Cameco Technologies, LLC, d/b/a
Cameco Computers,

             Defendant.


       The above-entitled matter has been assigned to the undersigned, a Judge of

the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned

recuses himself from hearing this matter.  Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of

Cases Order dated December 19, 2008, the above-captioned action shall be

resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in

the above-captioned case.

Dated:  August 13, 2012


                          s/Richard H. Kyle
                          RICHARD H. KYLE
                          United States District Judge